UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-cv-14202-DMM

DAVID POSCHMANN,

        Plaintiff,

v.

ZERBY HOTEL, LLC,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, David Poschmann, by and through his undersigned counsel, hereby informs the court as follows:

1. The parties have reached a resolution of all issues in this action.

2. The parties are in the process of satisfying the conditions necessary for this matter to be dismissed.

Dated: July 29, 2020.

                                s/Lee D. Sarkin
                                LEE D. SARKIN

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically, Notices of Electronic Filing.

      s/Lee D. Sarkin
      LEE D. SARKIN, ESQ.

## SERVICE LIST

Jesse I. Unruh, Esq.
Spire Law, LLC
12249 Science Dr., Suite 155
Orlando, Fl. 32826-2905
jesse@spirelawfirm.com
Attorneys for Defendant
Via CM/ECF