UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-14202-CIV-MIDDLEBOOKS/MAYNARD

DAVID POSCHMANN,

        Plaintiff,
v.

ZERBY HOTEL, LLC

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

August 7, 2020

| | |
|---|---|
| s/Drew M. Levitt | s/Jesse I. Unruh |
| Drew M. Levitt | Jesse I. Unruh |
| Florida Bar No. 782246 | Florida Bar No. 91121 |
| drewmlevitt@gmail.com | jesse@spirelawfirm.com |
| Lee D. Sarkin | Spire Law, LLC |
| Florida Bar No. 962848 | 2572 W. State Road 426, Suite 2088 |
| lsarkin@aol.com | Telephone (407) 494-0135 |
| 4700 N.W. Boca Raton Boulevard | Oviedo, Florida 32765 |
| Suite 302 | Attorneys for Defendant |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |